# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM OLGUIN MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK; AND, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant(s). | Case No.: CV 21-8130-DMG (MAAx)<br><br>ORDER RE DISMISSAL OF DEFENDANT AMERICAN EXPRESS NATIONAL BANK WITH PREJUDICE [67] |

Based upon the Parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that Defendant AMERICAN EXPRESS NATIONAL BANK is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: June 1, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE